IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**RANJILL O'NEAL, on behalf of herself
and a class of those others similarly
situated,**

    **Plaintiff,**

v.                                                            Case No. 4:22-cv-433-AW-MJF

**TRULIEVE, INC.,**

    **Defendant.**

_____/

## ORDER CLOSING THE FILE

Plaintiff has filed a notice of voluntary dismissal without prejudice. ECF No. 7. The notice is effective without an order. *See* Fed. R. Civ. P. 41(a)(1)(A)(i); *Matthews v. Gaither*, 902 F.2d 877, 880 (11th Cir. 1990) ("It is well established that Rule 41(a)(1)(i) grants a plaintiff an unconditional right to dismiss his complaint by notice and without an order of the court at any time prior to the defendant's service of an answer or a motion for summary judgment."). This order confirms that the case has been dismissed. The clerk will close the file.

SO ORDERED on March 1, 2023.

                                                             s/ *Allen Winsor*
                                                             United States District Judge